# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

NOV 2 5 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
Vs.
**Crystal Nichole Garza**

**CRIMINAL COMPLAINT**

Case Number: 2:19mj4434

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 24, 2019** (Date) in **Brooks** County, in the Southern District of Texas, defendant, **Crystal Nichole Garza**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

See Attached Affidavit of U.S. Border Patrol Agent **Carlos Rodriguez**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant
**Carlos Rodriguez**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

November 25, 2019
Date

at   Corpus Christi, Texas
City and State

**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**SYNOPSIS:**
On November 24, 2019, Crystal Nichole Garza was arrested for attempting to smuggle four undocumented aliens from Mexico and Central America through the Falfurrias, Texas Border Patrol Checkpoint.

**ENCOUNTER:**
On November 24, 2019, a Border Patrol Agent was assigned immigration inspection duties at the Falfurrias, Texas Border Patrol Checkpoint. At approximately 7:30 p.m., a Jeep Cherokee approached the checkpoint for inspection. The agent asked the driver, later identified as Crystal Nichole Garza, where she was headed to. Garza stated she was going with her friend to Houston, Texas for a vacation.

The agent asked the front passenger, later identified as Reliquios Martinez-Salinas, where he was from, which he replied he was from Edinburg. The agent asked Martinez where in Edinburg and he did not respond. The agent noticed Martinez looked nervous, he was sitting in an unnatural rigid posture, and did not look into the agent's direction when speaking. The agent asked Martinez if he had any identification on him and he did not answer while just staring at the driver (Garza) for an answer. Based on the agent's suspicion from signs of nervousness, the agent referred the vehicle to the secondary inspection area for a further immigration inspection.

In the secondary area, Border Patrol Agents asked Garza for consent to search the vehicle, to which she consented. Upon searching the cargo area of the vehicle, agents discovered three subjects hiding underneath luggage. It was determined that the three subjects were undocumented aliens from Honduras and El Salvador. The luggage used in this smuggling attempt were cut in half and were placed on top of the aliens for better concealment.

It was also determined that the front passenger (Martinez) was an undocumented alien from Mexico. All four undocumented aliens were placed under arrest for being in the United States illegally and Garza was placed under arrest for alien smuggling.

**MIRANDA WARNINGS:**
All five subjects were advised of their Miranda Rights in their preferred language. All subjects acknowledged that they understood their rights and stated they were willing to provide statements.

**CRYSTAL NICHOLE GARZA'S STATEMENT:**
Garza stated she told a friend that her mother was sick and she needed money to pay for her mother's medication. Her friend told Garza that she had a way for her to earn some money by driving a vehicle to Houston or San Antonio. Garza met with her friend on today's date (November 24, 2019) at a Dollar store in Edinburg, Texas at around 6:30 p.m. Garza stated an unknown man was waiting at this location with a white Jeep. After the unknown man gave Garza the car keys, she started driving the vehicle north.

Garza stated that she was told there was one subject in the cargo area of the vehicle and she was aware this subject was illegally present in the United States. Garza also stated that she knew the front seat passenger (Martinez) was illegally present in the United States as well.

1

Garza was instructed to call her friend after crossing the immigration checkpoint to get instructions whether to go to San Antonio or Houston. Garza stated she was going to be paid $1,400 dollars after arriving to the final destination.

**NOTE:** On January 16, 2010, Crystal Nichole Garza was encountered at the Falfurrias, Texas Border Patrol Checkpoint. Garza was arrested for transporting three undocumented aliens from Mexico and El Salvador.

**RELIQUIOS MARTINEZ-SALINAS' STATEMENT:**
Martinez stated he entered the United States illegally on or about November 20, 2019 by crossing the Rio Grande River near Hidalgo, Texas. On November 24, 2019, Martinez was transported by an older Hispanic male and was instructed to get inside a Jeep. Martinez sat on the passenger seat next to the driver (Garza). Martinez stated they greeted each other but made no further communication while on the road. Martinez was told he was going to Houston and that he should stay calm. Martinez stated Garza stepped out of the Jeep to talk to the older Hispanic male for a few minutes, then got back in and drove off.

The other three undocumented aliens were interviewed, they did not provide any exculpatory statements.

**DISPOSITION:**
The facts of this case were presented to Assistant United States Attorney Cody Barnes who accepted Crystal Nichole Garza for prosecution of 8 USC 1324, Alien Smuggling. Reliquios Martinez-Salinas will be held as a material witness.

Carlos Rodriguez
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on November 25, 2019

B. Janice Ellington
United States Magistrate Judge

2